**George R. WERTZ, Jr., Petitioner–Appellant,**

v.

**Michael MOORE, Director of South Carolina Department of Corrections; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

No. 01–7680.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 8, 2002.

George R. Wertz, Jr., Pro Se. Donald John Zelenka, Chief Deputy Attorney General, William Edgar Salter, III, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

George R. Wertz, Jr., appeals the district court's order denying his Fed. R.Civ.P. 60(b) motion seeking reconsideration of the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Wertz v. Moore,* No. CA–98–1577–4–22–BF (D.S.C. Aug. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*